# United States District Court
## Southern District of Georgia

Michael Wilson and
Jennifer Bliss Wilson
_____
Plaintiff

v.

Ravin Crossbows, LLC, et al
_____
Defendant

Case No. 4:19-cv-00279-RSB-CLR

Appearing on behalf of
Defendants Ravin & Velocity
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  5th  day of  November , 2019 .

*/s/ Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Steven D. Brock

Business Address: Clark Hill PLC
Firm/Business Name

151 S. Old Woodward Avenue, Suite 200
Street Address

Birmingham   MI   48009
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

313-988-1811
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: sbrock@clarkhill.com