# United States District Court
## *Southern District of Georgia*

Michael Wilson and
Jennifer Bliss Wilson
_____
Plaintiff

v.    Ravin Crossbows, LLC, et al
_____
Defendant

Case No. 4:19-cv-00279-RSB-CLR

Appearing on behalf of
Defendants Ravin & Velocity
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __5th__ day of __November__, __2019__.

*[signature: Christopher L. Ray]*

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Barry B. Sutton

Business Address:   Clark Hill PLC
                    Firm/Business Name

151 S. Old Woodward Avenue, Suite 200
Street Address

Birmingham   MI   48009
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

313-965-8577
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   bsutton@clarkhill.com