**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

MICHAEL WILSON and JENNIFER BLISS WILSON,

    Plaintiffs,

v.

RAVIN CROSSBOWS LLC; and VELOCITY OUTDOOR INC.,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-279

## **CONSENT ORDER TO DISMISS ONE DEFENDANT**

Plaintiff having moved to dismiss Defendant Stanley Engineered Fastening, a division of Stanley Black & Decker, Inc., however named, including Stanley Black & Decker, Inc., and it being consented to by all parties, and for good cause shown, the Court **GRANTS** Plaintiff's Motion, (doc. 11).

IT IS HEREBY ORDERED AND ADJUDGED, that all claims against Stanley Black & Decker, Inc., named as Defendant Stanley Engineered Fastening, a division of Stanley Black & Decker, Inc., are hereby dismissed without prejudice. The Clerk is directed to **TERMINATE** "Stanley Engineered Fastening, a division of Stanley Black & Decker, Inc.," as Defendant in the caption of this case.

IT IS FURTHER ORDERED that all claims remain against Defendants Ravin Crossbows, LLC and Velocity Outdoor, Inc., and are unaffected by this Order, and the Plaintiff's Amended Complaint, (doc. 14), shall be the operative pleading in this action.

**SO ORDERED**, this 19th day of November, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA